IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


```
JOHN DILLARD, et al.,          )
                               )
        Plaintiffs,            )
                               )
        v.                     )      CIVIL ACTION NO.
                               )      2:87cv1232-MHT
TOWN OF HEATH,                 )
                               )
        Defendant.             )
```


ORDER

Upon consideration of the joint motion to show cause (Doc. No. 2), it is ORDERED that the defendant show cause, if any there be, in writing by August 13, 2007, as to why said motion should not be granted as requested.

DONE, this the 14th day of June, 2007.


        /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE